Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000547
21-DEC-2016
09:50 AM

NO. CAAP-16-0000547


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


MICHAEL E. MCMAHON,
Plaintiff-Appellant/Cross-Appellee,
v.
COLLIN PORTERFIELD and ANDREA TEYMORI, nka Andrea Porterfield,
Defendants-Appellees/Cross-Appellants

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1RC15-1-006276)

ORDER
(1) APPROVING THE DECEMBER 14, 2016
"STIPULATION TO DISMISS APPEAL AND CROSS-APPEAL";
AND
(2) ALL PENDING MOTIONS ARE DISMISSED
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal and Cross-Appeal, filed December 14, 2016, by Plaintiff-Appellant Michael E. McMahon, the papers in support, and the record, it appears that (1) the appeal and cross-appeal were docketed on September 16, 2016; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and cross-appeal with prejudice, and bear their own costs and

attorneys' fees on appeal; and (3) the stipulation is dated and signed by all self-represented parties and counsel for all other parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal and cross-appeal is approved and the appeal and cross-appeal are dismissed with prejudice. The parties shall bear their own costs and attorneys' fees on appeal.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawai'i, December 21, 2016.

Chief Judge

Associate Judge

Associate Judge